**EXHIBIT B**

NUKK-FREEMAN & CERRA, P.C.
636 Morris Turnpike, Suite 2F
Short Hills, New Jersey 07078
(973) 564-9100
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARDELL STROUD,** | Docket No. 2:11-cv-01714-SRC-MAS |
| Plaintiff, | Civil Action |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **PRUDENTIAL INSURANCE COMPANY OF AMERICA,** a New Jersey Corporation, **JEFFREY LENIHAN,** an individual, **ANTHONY CALABRESE,** an individual, **JOHN DOES 1-10,** (said names being fictitious) and XYZ Corporations 1-10 (said names being fictitious), | |
| Defendants. | |

THIS MATTER having been amicably adjusted among the parties, it is hereby stipulated that this action is dismissed with prejudice and without attorneys' fees or costs. The undersigned hereby consent to the form and entry of the within Stipulation.

_____
Gregory A. Devero, Esq.
Devero Taus, LLC
Attorney for Plaintiff

Dated: 7·13·11

_____
Holly English, Esq.
Nukk-Freeman & Cerra, P.C.
Attorney for Defendants

Dated: 8/5/11

7